IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRI-COUNTY REGIONAL WATER
DISTRIBUTION DISTRICT                                                                PLAINTIFF

v.                             Case No. 4:17-cv-00309 KGB

GRUNDFOS WATER UTILITY,
GRUNDFOS PUMPS CORPORATION,
and GRUNDFOS USA SALES                                                           DEFENDANTS

## ORDER

Before the Court is a joint motion to dismiss with prejudice (Dkt. No. 18). The parties represent that they have amicably resolved this action and have reached a settlement, which disposes of all claims and defenses (*Id.*, ¶ 1). The parties request that this case be dismissed with prejudice, with each party bearing its own attorneys' fees and costs (*Id.*, ¶ 2). For good cause shown, the Court dismisses with prejudice this action. Each party will bear its own costs and fees incurred in the litigation.

So ordered this 23rd day of August, 2018.

_____
Kristine G. Baker
United States District Judge